**EXHIBIT B TO MILBERG LLP CASE DISPOSITION AGREEMENT**

EXHIBIT B

## STATUTE OF LIMITATIONS TOLLING AGREEMENT BETWEEN MILBERG LLP AND THE UNITED STATES ATTORNEY'S OFFICE FOR THE CENTRAL DISTRICT OF CALIFORNIA

1. This Statute of Limitations Tolling Agreement ("Tolling Agreement") is entered into between the law firm of Milberg LLP and the United States Attorney's Office for the Central District of California (the "USAO" or the "government"). This Tolling Agreement is entered into in connection with, and shall be effective as of the effective date of, the Case Disposition Agreement between Milberg LLP and the USAO in <u>United States v. Milberg LLP, et al.</u>, CR 05-587(D)-JFW ("<u>U.S. v. Milberg LLP</u>"). Capitalized terms herein shall have the same meaning as ascribed to such terms in the Case Disposition Agreement.

2. Having been fully advised by its counsel, Milberg LLP knowingly, voluntarily, and intelligently agrees that, for any of the offenses described in paragraph 3 below, the period beginning on May 18, 2006 and continuing to March 31, 2013, shall be tolled and excluded from any calculation of time for purposes of: (a) applying any federal statute of limitations; (b) any constitutional, statutory, or common law defense, claim, or argument relating to pre-indictment delay; and (c) any constitutional, statutory, or common law defense, claim, or argument relating to post-indictment delay, including any such

claim under 18 U.S.C. § 3161 or Federal Rule of Criminal Procedure 48(b).

3.   This Tolling Agreement applies to any offense arising from, relating to, or based upon any of the following conduct occurring prior to May 18, 2006:

(a)   any of the conduct charged in the second superseding indictment filed in <u>U.S. v. Milberg LLP</u>;

(b)   any conduct described in Exhibit A to the Case

///
///
///

Disposition Agreement.

READ AND AGREED TO:

UNITED STATES ATTORNEY'S OFFICE
FOR THE CENTRAL DISTRICT OF CALIFORNIA:

_____          _____
RICHARD E. ROBINSON                      Date
Assistant United States Attorney
Major Frauds Section


MILBERG LLP:


_____          _____
                                         Date
Partner
Milberg LLP


## CERTIFICATIONS

I, _____, am a partner of the law firm Milberg LLP, formerly known as "Milberg Weiss LLP," "Milberg Weiss Bershad LLP," "Milberg Weiss Bershad & Schulman LLP," "Milberg Weiss Bershad Hynes & Lerach LLP," and "Milberg Weiss Bershad Specthrie & Lerach" ("Milberg LLP"), and am duly authorized to enter into this Tolling Agreement on behalf of Milberg LLP. This Tolling Agreement is entered into in connection with the Case Disposition Agreement between Milberg LLP and the USAO in United States v. Milberg LLP, et al., CR 05-587(E)-JFW ("U.S. v. Milberg LLP"). I understand the terms of this Tolling Agreement and the Case Disposition Agreement, and I voluntarily, knowingly, and willfully agree, on behalf of Milberg

-3-

LLP, to all of those terms without force, threat, or coercion. Milberg LLP and I are satisfied with the representation of Milberg LLP by its counsel, Zuckerman Spaeder LLP and Mayer Brown LLP.

_____       _____
Partner, Milberg LLP                  Date

I, William W. Taylor, a member of the law firm of Zuckerman Spaeder LLP, am counsel of record in <u>U.S. v. Milberg LLP</u> for defendant Milberg LLP. I believe that _____ is a partner of Milberg LLP who is duly authorized to enter into this Tolling Agreement on behalf of Milberg LLP. To the best of my knowledge and belief, Milberg LLP's decision to enter into this Tolling Agreement is an informed and voluntary one.

_____       _____
WILLIAM W. TAYLOR, III                Date
Zuckerman Spaeder LLP
Counsel for Milberg LLP

I, Bryan Daly, a member of the law Mayer Brown LLP, am counsel of record in <u>U.S. v. Milberg LLP</u> for defendant Milberg LLP. I believe that _____ is a partner of Milberg LLP who is duly authorized to enter into this Tolling Agreement on behalf of Milberg LLP. To the best of my knowledge

and belief, Milberg LLP's decision to enter into this Tolling Agreement is an informed and voluntary one.

_____        _____
BRYAN DALY                             Date
Mayer Brown LLP
Counsel for Milberg LLP