EXHIBIT C TO MILBERG LLP CASE DISPOSITION AGREEMENT

EXHIBIT C

Waiver of Indictment      Cr. Form No. 18

# United States District Court

FOR THE

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MILBERG LLP, )<br>)<br>Defendant. )<br>)<br>) | No. CR _____ |

MILBERG LLP, the above named defendant, being advised of the nature of the charges that may be brought against it in the event of its breach of the Case Disposition Agreement entered into in <u>United States v. Milberg LLP, et al.</u>, CR 05-587(D)-JFW, and of its rights, hereby waives prosecution by indictment for any charges brought pursuant to paragraphs 26 through 28 of the Case Disposition Agreement and consents that any such charges may be brought by information instead of by indictment.

DATE: _____

                                      MILBERG LLP
                                      By:
                                      Its: Partner

DATE: _____

                                      Name: _____
                                      WITNESS

DATE: _____

                                      Counsel for Defendant
                                      MILBERG LLP

Waiver of Indictment                                    Cr. Form No. 18

# United States District Court

FOR THE

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR _____ |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MILBERG LLP, ) | |
| ) | |
| Defendant. ) | |

MILBERG LLP, the above named defendant, being advised of the nature of the charges that may be brought against it in the event of its breach of the Case Disposition Agreement entered into in <u>United States v. Milberg LLP, et al.</u>, CR 05-587(D)-JFW, and of its rights, hereby waives prosecution by indictment for any charges brought pursuant to paragraphs 26 through 28 of the Case Disposition Agreement and consents that any such charges may be brought by information instead of by indictment.

DATE: 6/16/08

_____
MILBERG LLP
By: SANFORD P, DUMAIN
Its: Partner

DATE: 6/16/08

_____
Name: MATTHEW GLUCK
WITNESS

DATE: 6/16/08

_____
Counsel for Defendant
MILBERG LLP