**EXHIBIT D TO MILBERG LLP CASE DISPOSITION AGREEMENT**

```
THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Chief, Civil Division
RICHARD E. ROBINSON (Cal. Bar #090840)
Assistant United States Attorney
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone:  (213) 894-0713
     Facsimile:  (213) 894-6269
     E-mail: Richard.Robinson@usdoj.gov
Attorney for Plaintiff
UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CV _____ |
| Plaintiff, | **STIPULATION FOR ENTRY OF CONSENT JUDGMENT** |
| v. | |
| MILBERG LLP, | |
| Defendant. | |

The parties to this Stipulation for Entry of Consent Judgment ("this Stipulation") are plaintiff the United States of America and defendant Milberg LLP, appearing individually and through its counsel in this action.

The parties hereby stipulate as follows:

1. The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1345.

2. Defendant Milberg LLP acknowledges and accepts service of the Complaint in this action.

3. The Court has personal jurisdiction over defendant Milberg

LLP in this action.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) because defendant Milberg LLP has an office and transacts business in this District.

5. Milberg LLP and the United States entered into an agreement effective July 1, 2008 entitled "Case Disposition Agreement for Defendant Milberg LLP" (the "CDA"), filed in the United States Court for the Central District of California in <u>United States v. Milberg LLP, et al.</u>, case no. CR 05-587(D)-JFW.

6. Milberg LLP is required to: (a) make certain installment payments to the United States Treasury and the United States Postal Inspection Service Consumer Fraud Fund, pursuant to paragraphs 13 and 14 of the CDA; (b) pay applicable interest as part of each of the foregoing installment payments, pursuant to paragraph 15 of the CDA; and (c) satisfy Milberg LLP's installment payment obligations on an accelerated basis in the event that Milberg LLP's "Gross Revenues" exceed certain thresholds, pursuant to paragraphs 16 and 17 of the CDA. (The foregoing are hereinafter referred to individually and collectively as the "payment obligations").

7. The United States is authorized and entitled to file this Stipulation for Entry of Consent Judgment, as well as a Complaint and Consent Judgment based thereon substantially in the form attached hereto, if and only if (a) Milberg LLP defaults on any payment obligations; or (b) there has been a final determination of breach of the CDA pursuant to paragraphs 26 through 28 of the CDA. The United States is further authorized and entitled to insert in the Complaint and Consent Judgment as the amount then due and owing

from Milberg LLP to the United States a dollar amount that is the sum of all of the amounts not yet paid under paragraphs 13 through 15 of the CDA.

8. If and when the full amount of the Consent Judgment has been paid, the United States shall prepare and file a Satisfaction of Judgment with the Clerk of the Court and, if any lien has been recorded, shall provide Defendant with a Release of Lien Under Abstract of Judgment, which may be recorded with the applicable County Recorder's Office.

9. Both the United States and defendant Milberg LLP's counsel have participated in the drafting and preparation of this Stipulation. Therefore no provision of this Stipulation shall be construed against either party.

10. This Stipulation represents the full and complete agreement by and between the parties regarding the subject matter of this Stipulation. This Stipulation shall not be modified or amended except in a writing signed by the person or entity against

///
///
///

whom enforcement is sought.

THE UNITED STATES OF AMERICA

THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Chief, Civil Division

_____     _____
RICHARD E. ROBINSON                      Dated
Assistant United States Attorney
Attorneys for Plaintiff
UNITED STATES OF AMERICA

MILBERG LLP


_____     _____
                                         Date
Partner
Milberg LLP


_____     _____
BRYAN DALY                               Date
Mayer Brown LLP
Counsel for Milberg LLP


_____     _____
WILLIAM W. TAYLOR, III                   Date
Zuckerman Spaeder LLP
Counsel for Milberg LLP

## CERTIFICATIONS

I, _____, am a partner of the law firm Milberg LLP, formerly known as "Milberg Weiss LLP," "Milberg Weiss & Bershad LLP," "Milberg Weiss Bershad & Schulman LLP," "Milberg Weiss Bershad Hynes & Lerach LLP," and "Milberg Weiss Bershad Specthrie & Lerach" ("Milberg LLP"), and am duly authorized, in accordance with all requirements of the Milberg LLP partnership agreement, to enter into this Stipulation for Entry of Consent Judgment on behalf of Milberg LLP (the "Stipulation"). I understand the terms of this

Disposition Agreement.

READ AND AGREED TO:

UNITED STATES ATTORNEY'S OFFICE
FOR THE CENTRAL DISTRICT OF CALIFORNIA:


_____          _____
RICHARD E. ROBINSON                      Date
Assistant United States Attorney
Major Frauds Section


MILBERG LLP:

/s/ [signature]                          6/16/08
_____           _____
                                         Date
Partner
Milberg LLP

## CERTIFICATIONS

I, SANFORD P. DUMAIN, am a partner of the law firm Milberg LLP, formerly known as "Milberg Weiss LLP," "Milberg Weiss Bershad LLP," "Milberg Weiss Bershad & Schulman LLP," "Milberg Weiss Bershad Hynes & Lerach LLP," and "Milberg Weiss Bershad Specthrie & Lerach" ("Milberg LLP"), and am duly authorized to enter into this Tolling Agreement on behalf of Milberg LLP. This Tolling Agreement is entered into in connection with the Case Disposition Agreement between Milberg LLP and the USAO in United States v. Milberg LLP, et al., CR 05-587(E)-JFW ("U.S. v. Milberg LLP"). I understand the terms of this Tolling Agreement and the Case Disposition Agreement, and I voluntarily, knowingly, and willfully agree, on behalf of Milberg

-3-

LLP, to all of those terms without force, threat, or coercion. Milberg LLP and I are satisfied with the representation of Milberg LLP by its counsel, Zuckerman Spaeder LLP and Mayer Brown LLP.

_____   6/16/08
Partner, Milberg LLP        Date

I, William W. Taylor, a member of the law firm of Zuckerman Spaeder LLP, am counsel of record in U.S. v. Milberg LLP for defendant Milberg LLP. I believe that _____ is a partner of Milberg LLP who is duly authorized to enter into this Tolling Agreement on behalf of Milberg LLP. To the best of my knowledge and belief, Milberg LLP's decision to enter into this Tolling Agreement is an informed and voluntary one.


_____   _____
WILLIAM W. TAYLOR, III       Date
Zuckerman Spaeder LLP
Counsel for Milberg LLP


I, Bryan Daly, a member of the law Mayer Brown LLP, am counsel of record in U.S. v. Milberg LLP for defendant Milberg LLP. I believe that _Sanford Dumain_ is a partner of Milberg LLP who is duly authorized to enter into this Tolling Agreement on behalf of Milberg LLP. To the best of my knowledge

-4-

Disposition Agreement.

READ AND AGREED TO:

UNITED STATES ATTORNEY'S OFFICE
FOR THE CENTRAL DISTRICT OF CALIFORNIA:

_____          _____
RICHARD E. ROBINSON                      Date
Assistant United States Attorney
Major Frauds Section

MILBERG LLP:

_____          6/18/08
                                        _____
Partner                                 Date
Milberg LLP

## CERTIFICATIONS

I, SANFORD P. DUMAIN, am a partner of the law firm Milberg LLP, formerly known as "Milberg Weiss LLP," "Milberg Weiss Bershad LLP," "Milberg Weiss Bershad & Schulman LLP," "Milberg Weiss Bershad Hynes & Lerach LLP," and "Milberg Weiss Bershad Specthrie & Lerach" ("Milberg LLP"), and am duly authorized to enter into this Tolling Agreement on behalf of Milberg LLP. This Tolling Agreement is entered into in connection with the Case Disposition Agreement between Milberg LLP and the USAO in United States v. Milberg LLP, et al., CR 05-587(E)-JFW ("U.S. v. Milberg LLP"). I understand the terms of this Tolling Agreement and the Case Disposition Agreement, and I voluntarily, knowingly, and willfully agree, on behalf of Milberg

-3-

```
 1 │ whom enforcement is sought.
 2 │ THE UNITED STATES OF AMERICA
 3 │ THOMAS P. O'BRIEN
   │ United States Attorney
 4 │ LEON W. WEIDMAN
   │ Chief, Civil Division
 5 │
 6 │ _____          _____
 7 │ RICHARD E. ROBINSON                       Dated
   │ Assistant United States Attorney
   │ Attorneys for Plaintiff
 8 │ UNITED STATES OF AMERICA
 9 │ MILBERG LLP
10 │ /s/ [signature]                           6/16/08
11 │ _____          _____
   │                                           Date
   │ Partner
12 │ Milberg LLP
13 │ /s/ Bryan Daly                            6/16/08
14 │ _____          _____
   │ BRYAN DALY                                Date
   │ Mayer Brown LLP
15 │ Counsel for Milberg LLP
16 │
17 │ _____          _____
   │ WILLIAM W. TAYLOR, III                    Date
   │ Zuckerman Spaeder LLP
18 │ Counsel for Milberg LLP
19 │                        CERTIFICATIONS
20 │      I, Sanford P. Dumain, am a partner of the law firm Milberg
21 │ LLP, formerly known as "Milberg Weiss LLP," "Milberg Weiss & Bershad
22 │ LLP," "Milberg Weiss Bershad & Schulman LLP," "Milberg Weiss Bershad
23 │ Hynes & Lerach LLP," and "Milberg Weiss Bershad Specthrie & Lerach"
24 │ ("Milberg LLP"), and am duly authorized, in accordance with all
25 │ requirements of the Milberg LLP partnership agreement, to enter into
26 │ this Stipulation for Entry of Consent Judgment on behalf of Milberg
27 │ LLP (the "Stipulation").  I understand the terms of this
28 │                                 4
```

1 | whom enforcement is sought.
2 | THE UNITED STATES OF AMERICA
3 | THOMAS P. O'BRIEN
    United States Attorney
4 | LEON W. WEIDMAN
    Chief, Civil Division
5 |
6 | _____
7 | RICHARD E. ROBINSON                              Dated _____
    Assistant United States Attorney
    Attorneys for Plaintiff
8 | UNITED STATES OF AMERICA
9 | MILBERG LLP
10 |
11 | _____                  Date _____
    Partner
12 | Milberg LLP
13 |
14 | _____                  Date _____
    BRYAN DALY
    Mayer Brown LLP
15 | Counsel for Milberg LLP
16 | /s/ William D. Taylor
17 | _____                  6/18/08
    WILLIAM W. TAYLOR, III                           Date
    Zuckerman Spaeder LLP
18 | Counsel for Milberg LLP
19 |                            CERTIFICATIONS
20 |     I, _____, am a partner of the law firm Milberg
21 | LLP, formerly known as "Milberg Weiss LLP," "Milberg Weiss & Bershad
22 | LLP," "Milberg Weiss Bershad & Schulman LLP," "Milberg Weiss Bershad
23 | Hynes & Lerach LLP," and "Milberg Weiss Bershad Specthrie & Lerach"
24 | ("Milberg LLP"), and am duly authorized, in accordance with all
25 | requirements of the Milberg LLP partnership agreement, to enter into
26 | this Stipulation for Entry of Consent Judgment on behalf of Milberg
27 | LLP (the "Stipulation"). I understand the terms of this
28 |
                                    4

Stipulation, and I voluntarily, knowingly, and willfully agree, on behalf of Milberg LLP, to all of those terms without force, threat, or coercion. No promises, representations, or inducements, other than those set forth in this Stipulation, have been made to Milberg LLP or me to cause me to enter into this Stipulation on behalf of the law firm. Milberg LLP's counsel, Zuckerman Spaeder LLP and Mayer Brown LLP, have advised Milberg LLP concerning this Stipulation, including the rights and defenses that Milberg LLP will be giving up by entering into the Stipulation. Milberg LLP and I are satisfied with the counsel that Zuckerman Spaeder LLP and Mayer Brown LLP have provided to Milberg LLP in this matter.

_____  6/16/09
Partner,                          Date
Defendant Milberg LLP

I, Bryan Daly, a member of the law firm Mayer Brown LLP, am counsel for defendant Milberg LLP. I believe that Sanford P. Dumain is a partner of Milberg LLP who is duly authorized to enter into this Stipulation for Entry of Consent Judgment on behalf of Milberg LLP (the "Stipulation"). To the best of my knowledge and belief, Milberg LLP's decision to enter into this Stipulation is an informed and voluntary one.

_____  6/16/08
BRYAN DALY                        Date
Mayer Brown LLP
Counsel for Milberg LLP

I, William W. Taylor, a member of the law firm of Zuckerman

5

Spaeder LLP, am counsel for defendant Milberg LLP. I believe that Sanford P Dumain is a partner of Milberg LLP who is duly authorized to enter into this Stipulation for Entry of Consent Judgment on behalf of Milberg LLP (the "Stipulation"). To the best of my knowledge and belief, Milberg LLP's decision to enter into this Stipulation is an informed and voluntary one.

_____  6/18/08
WILLIAM W. TAYLOR, III           Date
Zuckerman Spaeder LLP
Counsel for Milberg LLP