**EXHIBIT E TO MILBERG LLP CASE DISPOSITION AGREEMENT**

Case 2:05-cr-00587-JFW   Document 515-6   Filed 06/16/2008   Page 1 of 7

```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  LEON W. WEIDMAN
    Chief, Civil Division
 3  RICHARD E. ROBINSON (Cal. Bar #090840)
    Assistant United States Attorney
 4       1100 United States Courthouse
         312 North Spring Street
 5       Los Angeles, California 90012
         Telephone:  (213) 894-0713
 6       Facsimile:  (213) 894-6269
         E-mail: Richard.Robinson@usdoj.gov
 7  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
 8
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. CV _____ |
|---|---|
| Plaintiff, | ) **UNITED STATES' COMPLAINT TO** |
| v. | ) **RECOVER MONEY OWED** |
| MILBERG LLP, | ) |
| Defendant. | ) |

Plaintiff United States of America, through its attorneys, alleges as follows:

**I.   JURISDICTION AND VENUE**

1.   This is an action to recover money owed to the United States by defendant Milberg LLP (formerly known as "Milberg Weiss LLP," "Milberg Weiss & Bershad LLP," and "Milberg Weiss Bershad & Schulman LLP" ("Milberg LLP"). This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1345.

2.   Venue is proper in this District under 28 U.S.C. § 1391(b) because defendant Milberg LLP has an office and transacts business

in this District.

## II. PARTIES

3. Plaintiff is the United States of America.

4. Defendant Milberg LLP is a New York limited liability partnership, with headquarters in New York, New York, and maintains an office in this District.

## III. DEFENDANT MILBERG LLP'S AGREEMENT TO PAY MONEY TO THE UNITED STATES

5. Milberg LLP and the United States entered into an agreement effective July 1, 2008 entitled "Case Disposition Agreement for Defendant Milberg LLP" (the "Agreement"), filed in the United States Court for the Central District of California in United States v. Milberg LLP, et al., case no. CR 05-587(D)-JFW. A true and correct copy of the Agreement is attached hereto and incorporated herein by reference.

6. Milberg LLP is required to: (a) make certain installment payments to the United States Treasury and the United States Postal Inspection Service Consumer Fraud Fund, pursuant to paragraphs 13 and 14 of the Agreement; (b) pay applicable interest as part of each of the foregoing installment payments, pursuant to paragraph 15 of the Agreement; and (c) satisfy Milberg LLP's installment payment obligations on an accelerated basis in the event that Milberg LLP's "Gross Revenues" exceed certain thresholds, pursuant to paragraphs 16 and 17 of the Agreement. (The foregoing are hereinafter referred to individually and collectively as the "payment obligations").

7. The United States is entitled to file a Stipulation for

Entry of Consent Judgment and a Complaint and Consent Judgment based thereon, pursuant to paragraph 19 of the Agreement, if (a) Milberg LLP defaults on any payment obligations; or (b) there has been a final determination of breach pursuant to paragraphs 26 through 28 of the Agreement.

8. The United States is authorized and entitled, pursuant to the Stipulation for Entry of Consent Judgment, to insert in the Complaint and Consent Judgment as the amount then due and owing from Milberg LLP to the United States a dollar amount that is the sum of all of the amounts not yet paid under paragraphs 13 through 15 of the Agreement.

## FIRST CLAIM FOR RELIEF

### [Default on Payment Obligation]

9. The United States incorporates the allegations of paragraph 1 through 8 above.

10. Milberg LLP is in default on its payment obligation to the United States. Milberg LLP therefore owes the United States the sum of all of the amounts not yet paid under paragraphs 13 through 15 of the Agreement, which is the sum of $_____.

## SECOND CLAIM FOR RELIEF

### [Breach of Agreement]

11. The United States incorporates the allegations of paragraph 1 through 8 above.

12. There has been a final determination of breach pursuant to paragraphs 26 through 28 of the Agreement. Milberg LLP therefore owes the United States the sum of all of the amounts not yet paid under paragraphs 13 through 15 of the Agreement, which is

3

the sum of $_____.

**PRAYER**

WHEREFORE, plaintiff the United States of America prays for judgment against defendant Milberg LLP on the First Claim for Relief and/or for the Second Claim for Relief, for the following: the sum of $_____, plus interest thereon at the legal rate, and all other relief this Court deems just and proper.

DATED:

                                Respectfully submitted,

                                THOMAS P. O'BRIEN
                                United States Attorney

                                LEON W. WEIDMAN
                                Assistant United States Attorney
                                Chief, Civil Division

                                By:_____
                                    RICHARD E. ROBINSON
                                Assistant United States Attorney

                                Attorneys for Plaintiff
                                UNITED STATES OF AMERICA

```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  LEON W. WEIDMAN
    Chief, Civil Division
 3  RICHARD E. ROBINSON (Cal. Bar #090840)
    Assistant United States Attorney
 4       1100 United States Courthouse
         312 North Spring Street
 5       Los Angeles, California 90012
         Telephone:  (213) 894-0713
 6       Facsimile:  (213) 894-6269
         E-mail: Richard.Robinson@usdoj.gov
 7  Attorneys for Plaintiff
    UNITED STATES OF AMERICA
 8
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. CV _____ |
| Plaintiff, | ) **CONSENT JUDGMENT** |
| v. | ) |
| MILBERG LLP, | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, pursuant to the Stipulation for Entry of Consent Judgment filed herein by Plaintiff the United States of America and Defendant Milberg LLP, and good cause appearing, judgment on the Plaintiff's claims shall be and hereby is entered in favor of Plaintiff and against Defendant, in the principal sum of $_____, plus

///

///

post-judgment interest at the legal rate in effect on the date of entry of judgment pursuant to 28 U.S.C.§ 1961(b), as amended.

DATED:_____

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Chief, Civil Division


_____          Dated
RICHARD E. ROBINSON
Assistant United States Attorney
Attorneys for Plaintiff
UNITED STATES OF AMERICA

2