**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CRIMINAL MINUTES -- GENERAL**

| | |
|---|---|
| Case No. **CR 05-587(D)-JFW** | Dated: July 11, 2008 |

Title:  United States of America -v- Milberg Weiss Bershad & Shulman LLP, et al.

========================================================================
**PRESENT:  HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present | Asst. U.S. Attorney |
|---|---|---|
| Courtroom Deputy | Court Reporter | Not Present |

========================================================================

| U.S.A. vs. Defendants | Attorneys for Defendants |
|---|---|
| Not Present | Not Present |

**PROCEEDINGS (IN CHAMBERS):** ORDER DENYING AS MOOT MILBERG LLP'S MOTION TO DETERMINE ISSUES RELATING TO CRIMINAL FORFEITURE SOUGHT FROM DEFENDANT MILBERG LLP IN COUNTS TWENTY AND TWENTY-TWO OF THE SECOND SUPERSEDING INDICTMENT [filed 5/14/08; Docket No. 492]

On May 14, 2008, Milberg LLP filed a Motion to Determine Issues Relating to Criminal Forfeiture Sought from Defendant Milberg LLP in Counts Twenty and Twenty-Two of the Second Superseding Indictment. In light of the Order Dismissing First and Second Superseding Indictments Without Prejudice as Against Defendant Milberg LLP, dated July 11, 2008, the Court **DENIES** Milberg LLP's Motion **as moot**.

IT IS SO ORDERED.

The Clerk shall serve a copy of this Minute Order on all parties to this action.